IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| CARPENTERS DISTRICT COUNCIL OF KANSAS CITY PENSION FUND, et al., | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 06-0108-CV-W-DW |
| GALE R. BROWN, d/b/a JOE MCGILL CO., INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 43). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.

Date:   July 30, 2007                             /s/ Dean Whipple
                                                  Dean Whipple
                                                  United States District Judge